UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

TOY GUY and DENISE CURTIS,

       Plaintiffs,

  -against-

CONSOLIDATED EDISON OF NEW YORK, INC.,
DANNY SILVA, TOM FOX, and GARY LEVY,

       Defendants.

------------------------------------- x



ORDER

15 Civ. 9044 (GBD) (KP)

GEORGE B. DANIELS, United States District Judge:

  The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
   September 25, 2017

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge